Guánica Centrale, Recurrente, *v.* El Registrador de San Germán, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Germán, denegando la inscripción de un contrato privado de compraventa de cañas.

No. 273.—Resuelto en abril 25, 1916.

Denegatoria de Inscripción—Facultades de los Registradores—Fundamentos de la Nota.—No tiene facultades un registrador para denegar por segunda vez la inscripción de un documento por fundamentos distintos de los consignados en la primera nota, por ser obligación de los registradores reunir en una sola nota todos los motivos legales de su negativa.

Calificación de Títulos—Negativa de Inscripción o Anotación—Fundamentos de la Negativa.—Una nota de un registrador que niega o no admite la inscripción o anotación que se le pide de un documento, expresando las razones que tiene para ello, es claramente una calificación del documento.

Id.—Devolución del Documento sin Extender Operación Alguna.—No es una calificación del documento cuando el registrador se limita a devolverlo sin extender en él operación alguna, esto es, sin admitir o negar la inscripción o anotación del mismo.

Los hechos están expresados en la opinión.

Abogado de la recurrente: *Sr. Benito Forés.*

El registrador recurrido, Sr. A. Malaret, compareció en nombre propio.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Presentado en el Registro de la Propiedad de San Germán para anotación en el registro de contratos agrícolas el que celebraron Juan Gelpí y "Guánica Centrale" por documento privado suscrito ante notario, de acuerdo con las disposiciones de la ley de marzo 10 de 1910, el registrador puso nota al pie de él no admitiendo la anotación porque no se había cancelado el impuesto de un dólar en el documento original y porque no se consignó en el registro otro sello de cincuenta centavos para la anotación que se pedía. Contra esa resolución estableció "Guánica Centrale" recurso gubernativo que fué resuelto por nosotros en marzo 7 de 1916

declarando que no existían los defectos expresados por el registrador recurrido.

Presentado de nuevo el documento al registrador se niega éste otra vez a verificar la anotación por otros motivos de los que antes consignó en su primera negativa de anotación y vuelve "Guánica Centrale" a establecer este nuevo recurso gubernativo para que ordenemos al registrador que verifique la anotación del documento en cuestión.

El registrador recurrido no desconoce que en el caso de *Roig* v. *El Registrador de la Propiedad de Humacao,* 18 D. P. R. 11, declaramos que no tiene facultades un registrador de la propiedad para denegar por segunda vez la inscripción de una escritura por fundamentos distintos de los consignados en la primera nota por ser obligación de los registradores reunir en una sola nota todos los motivos legales de su negativa, pero alega que esa decisión no es aplicable al presente caso porque el documento que motiva este recurso no ha sido calificado dos veces, siendo ahora que se califica por primera vez por cuanto la anterior vez se devolvió el documento sin calificar y sin hacer operación alguna en los libros del registro.

Está equivocado el registrador recurrido en la anterior apreciación porque el documento no fué devuelto sin calificar sino que por el contrario fué calificado por cuanto el registrador expuso en su nota que no admitía la anotación del documento por los motivos que en ella consignó, y una nota de un registrador que niega o no admite la inscripción o la anotación que se le pide de un documento expresando las razones que tiene para ello es claramente una calificación del documento. Porque el documento estaba calificado fué que resolvimos el primer recurso que estableció "Guánica Centrale" pues en caso contrario nos hubiéramos negado a resolverlo, como nos negamos, en el caso de *González* v. *El Registrador de Arecibo,* 19 D. P. R. 1067, en el que el registrador devolvió el documento sin extender en él operación alguna porque no se había cancelado cierto sello de rentas inter-

nas. En este caso el registrador se limitó a devolver el documento sin admitir ni negar la inscripción a diferencia del caso presente en que se resuelve no admitir la anotación que se pedía. Existió, pues, una primera calificación del documento que ahora consideramos y por consiguiente es de aplicación el caso de *Roig* v. *El Registrador, supra,* de acuerdo con cuya doctrina el registrador recurrido se extralimitó en sus facultades al consignar la segunda nota contra la cual se recurre ahora y debe ser revocada ordenándosele que verifique la anotación del contrato.

> *Revocada la nota recurrida, y ordenada la anotación del contrato de que se trata.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.